

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

May 19, 2015

Mr. Tony R. Bertolino
Bertolino, L.L.P.
823 Congress Avenue, Suite 704
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Ms. Eleanor Ruffner
The Law Office of Eleanor Ruffner, P.C.
1403 West 6th Street
Austin, TX 78703
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-14-00671-CV
       Trial Court Case Number:    D-1-GN-14-002146

Style:    Stephen M. Daniels
            v. Tony R. Bertolino

Dear Counsel:

Oral argument having been denied by this Court, this cause is set for submission on briefs, on **Tuesday, June 09, 2015**, before Chief Justice Rose, Justices Goodwin and Field.

Very truly yours,

*Jeffrey D. Kyle*

Jeffrey D. Kyle, Clerk